Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
216 East Liberty St.
Reno, NV 89501
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER MARGARET ANGLIN,<br><br>Plaintiff(s),<br>vs.<br><br>ROUND MOUNTAIN GOLD CORPORATION,<br><br>Defendant(s).<br>_____/ | Case No.   3:16-cv-00245-HDM-VPC<br><br>**JOINT EARLY NEUTRAL EVALUATION STATUS REPORT** |

COMES NOW, Jennifer Anglin ("Plaintiff") and Round Mountain Gold Corporation ("Defendant") pursuant to the Court's June 13, 2016 minute order [ECF No. 8], the parties are to submit the following Joint Early Neutral Evaluation ("ENE") Status Report.

The undersigned parties certify that the Fed.R.Civ.P. 26(a)(1) initial disclosures in this matter have been made and that the Plaintiff has provided a computation of damages to Defendant pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iii).  The parties further request that the Court vacate the status conference regarding the ENE currently scheduled for August 5, 2016.

///

1

Respectfully submitted,

By: _____ Dated: 7/27/16

DORA V. LANE, ESQ.
RICARDO N. CORDOVA, ESQ.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Defendant Round Mountain Gold Corporation*

By: _____ Dated: July 27, 2016

Luke Busby, Esq.
Nevada State Bar No. 10319
216 East Liberty St.
Reno, NV 89501
775-453-0112
luke@lukeandrewbusbyltd.com
Attorney for the Plaintiffs