Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
216 East Liberty St.
Reno, NV 89501
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*



____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
      COUNSEL/PARTIES OF RECORD

SEP 2 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JENNIFER MARGARET ANGLIN,

               Plaintiff(s),

vs.

ROUND MOUNTAIN GOLD
CORPORATION,

               Defendant(s).

_____/

Case No.   3:16-cv-00245-HDM-VPC

**STIPULATION AND ORDER
MODIFYING DISCOVERY PLAN
AND SCHEDULING ORDER**

      COMES NOW Plaintiff JENNIFER MARGARET ANGLIN and Defendant ROUND MOUNTAIN GOLD CORPORATION, by and through the undersigned counsel, and hereby submit the following Stipulation and Order Modifying Discovery Plan and Scheduling Order.

      At the Plaintiff's request, the parties have agreed that additional time is appropriate for the preparation and disclosure of expert reports, and therefore, request that the Court modify the Scheduling Order (Doc. #12) in this case to extend the remaining discovery deadlines by 30 days as follows:

      A.     **Information Requested by LR 26-1(e):**

           1.     ***Discovery Cut-Off Date:***

1

All discovery must be completed no later than **Wednesday, December 28, 2016**.

       2.      *Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):*

The last day for disclosures required by Fed. R. Civ. P. 26(a)(2) concerning experts shall be **Monday, October 31, 2016**. The last day for disclosures regarding rebuttal experts shall be **Wednesday, November 30, 2016**.

       3.      *Dispositive Motions:*

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **Friday, January 27, 2017**.

       4.      *Pretrial Order:*

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Monday, February 27, 2017**. In the event dispositive motions are filed, the last day to file the Joint Pretrial Order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

       5.      **Interim Status Reports:**

In accordance with Local Rule 26-3, an Interim Status Report will be filed by the parties with the Court sixty (60) days prior to the discovery cut-off date, and therefore, not later than **Monday, October 31, 2016**.

       B.      **Additional Deadlines:**

       1.      *Extensions or Modifications of the Discovery Plan and Scheduling Order:*

In accordance with Local Rule 26-4, a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days prior to the discovery cut-off date, and therefore, not later than **Wednesday, December 7, 2016**.

///

///

IT IS SO STIPULATED.

By: _____/s/_____ Dated: 9/20/2106

DORA V. LANE, ESQ.
RICARDO N. CORDOVA, ESQ.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Defendant Round Mountain Gold Corporation*

By: _____ Dated: 9/20/2106

Luke Busby, Esq.
Nevada State Bar No. 10319
216 East Liberty St.
Reno, NV 89501
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

## ORDER

IT IS SO ORDERED.

September 23, 2014

DATED

_____
UNITED STATES MAGISTRATE JUDGE

3